# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

STEVEN ADRIEN BEBLEY

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2529
_____

October 31, 2025

Appeal from the County Court for Hillsborough County; Margaret R. Taylor, Judge.

Blair Allen, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Analise V. Walker, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and VILLANTI, JJ., Concur.

_____

Opinion subject to revision prior publication.